**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7752**

———————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

MAWAMI BARBER,

                              Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, District Judge.  (CR-
00-429, CA-02-1436)

———————

Submitted:  January 16, 2003          Decided:  January 27, 2003

———————

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Mawami Barber, Appellant Pro Se.  James Harry Green, Special
Assistant United States Attorney, Baltimore, Maryland, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Mawami Barber seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000) and for reconsideration. We have reviewed the record and conclude for the reasons stated by the district court that Barber has not made a substantial showing of the denial of a constitutional right. See United States v. Barber, Nos. CR-00-429; CA-02-1436 (D. Md. Oct. 30, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED